```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 16-04715-RNO
Alan R Meyers                                                           Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2                   Date Rcvd: Jan 26, 2017
                               Form ID: pdf010              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db             +Alan R Meyers,   1 Fox Trail,   Gettysburg, PA 17325-7383
4864982        +ACNB Bank,   P.O. Box 3129,   Gettysburg, PA 17325-0129
4856371        +Adams County Natl Bank,   675 Old Harrisburg Rd,   Gettysburg, PA 17325-3400
4856375        +BB&T,   Attn: Bankruptcy Department,   6010 Golding Center Dr.,   Winston Salem, NC 27103-9815
4856374        +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
4860592        +C David Redding,   1085 Table Rock Road,   Gettysburg PA 17325-8110
4856376        +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
4860591        +Darlene Cooley,   72 4th Street,   Biglerville PA 17307-9073
4856378        +Kari Heron,   413 Lincoln Way West,   New Oxford, PA 17350-1005
4856379        +Kari Herron,   413 Lincoln Way West,   New Oxford, PA 17350-1005
4856381        +Marshall L Miller,   914 Fairfield Road,   Gettysburg, PA 17325-7243
4856380        +Marshall and Barbara Miller,   534 Camp Gettysburg Road,   Gettysburg, PA 17325-7201
4856382        +Mindelle Naylor,   1 Fox Trail,   Gettysburg, PA 17325-7383
4856370         PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
                 Harrisburg, PA 17128-0431
4862370        +PHYSICIAN BILLING SERVICES,   1803 MT ROSE AVE,   SUITE B3,   YORK PA 17403-3051
4856383        +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
4867378        +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
4856386        +State of West Virginia,   State Tax Dept/Compliance Division,   PO Box 229,
                 Charleston, WV 25321-0229
4856388       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,    Po Box 8026,   Cedar Rapids, IA 52408)
4869180        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4860595        +United Collections Bureau Inc,   5620 Southwyck Blvd,   Suite 206,   Toledo OH 43614-1501
4856389        +Verizon,   PO Box 4003,   Acworth, GA 30101-9004
4871113         West Virginia State Tax Department,   Bankruptcy Unit,   P.O. Box 766,
                 Charleston, WV 25323-0766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4856372        +E-mail/Text: dcrum@adamscounty.us Jan 26 2017 19:07:47     Adams County Tax Claim Bureau,
                 117 Baltimore Street,   Room 204,   Gettysburg, PA 17325-2313
4858868         E-mail/Text: mrdiscen@discover.com Jan 26 2017 19:07:21     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
4856377        +E-mail/Text: mrdiscen@discover.com Jan 26 2017 19:07:21     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
4860590        +E-mail/Text: bankruptcy@erieinsurance.com Jan 26 2017 19:07:44     Erie Insurance,
                 Collection Dept,   10 Erie Insurance Place,   Erie PA 16530-0001
4856369         E-mail/Text: cio.bncmail@irs.gov Jan 26 2017 19:07:23     Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4856385        +E-mail/Text: bankruptcy@bbandt.com Jan 26 2017 19:07:25     Sheffield Finance,
                 6010 Golding Center Drive,   Winston Salem, NC 27103-9815
4856384        +E-mail/Text: bankruptcy@bbandt.com Jan 26 2017 19:07:25     Sheffield Finance,   POB 1704,
                 Clemmons, NC 27012-1704
4858711         E-mail/Text: bankruptcy@bbandt.com Jan 26 2017 19:07:25     Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
4856387        +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2017 18:58:53     Synchrony Bank/Lowes,
                 Po Box 965064,   Orlando, FL 32896-5064
4860594        +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 26 2017 19:07:35     The CBE Group Inc,
                 1309 Technology Pkwy,   Cedar Falls IA 50613-6976
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4856373          Amy JoAnne Sareen,   NEED HER ADDRESS
cr*             +ACNB Bank,   P.O. Box 3129,   Gettysburg, PA 17325-0129
4860593        ##+Amy JoAnne Sareen,   31 Snowbird Trail,   Fairfield PA 17320-8527
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Craig S. Sharnetzka    on behalf of Creditor    ACNB Bank csharnetzka@cgalaw.com,
          tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
          m;kbrayboy@cgalaw.com
         Gary J Imblum    on behalf of Debtor Alan R Meyers gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
          ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   ALAN R. MEYERS, : CHAPTER 13
         Debtor :
: CASE NO. 1-16-04715

## ORDER DISMISSING CASE

Upon consideration of Motion of Debtor for Voluntary Dismissal,

**IT IS ORDERED AND DECREED** that the case of the above-named debtor be and it hereby is dismissed and it is further

**ORDERED** that the Trustee be and he hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending adversary proceedings in this case be and they hereby are dismissed.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: January 25, 2017