United States Bankruptcy Court

Middle District of Pennsylvania

The Ronald Reagan Federal Building

P.O. Box 908
Harrisburg, Pa. 17108-0908

Dear Sir,

I, Amy Sareen, plan to exert any and all rights I may possess, concerning this action. I am currently seeking advice of counsel.

Amy Sareen
1306 Conestoga Ct.
Mt. Airy, Md. 21771

*Amy Sareen*

Case No. 1-16-04715


RECEIVED HARRISBURG PA

JAN 30 2017

Clerk, U.S. Bankruptcy Court

Ms. Amy Sareen
1306 Conestoga Ct.
Mount Airy, MD 21771-3006



CERTIFIED MAIL

7016 1370 0001 5118 5529

U.S. POSTAGE PAID
MOUNT AIRY, MD 21771
JAN 27, 17
AMOUNT
$3.84
R2305M148118-08

United States Bankruptcy Court
middle District of Pennsylvania
The Ronald Reagan Federal Bldg
P.O. Box 908
Harrisburg, PA 17108-0908

17108-090808