# Sharlene Miller

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, January 27, 2017 12:33 PM |
| **To:** | Gary Imblum |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Alan R Meyers, Case Number: 16-04715, RNO, Ref: [p-104053562] |
| **Attachments:** | B_P11604715pdf0100155.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

January 28, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Alan R Meyers, Case Number 16-04715, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
Amy JoAnne Sareen
31 Snowbird Trail
Fairfield PA 17320

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1306 CONESTOGA CT, MOUNT AIRY MD 21771-3006 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

1/30/2017

_1306 Conestoga Ct._
_Mount Airy MD 21771-3006_

Undeliverable Address:
Amy JoAnne Sareen
NEED HER ADDRESS

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_new address listed above_

_____   _1-30-17_
Signature of Debtor or Debtor's Attorney           Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel                                                                                   Login

To: gary.imblum@imblumlaw.com          Message Score: 1                High (60): Pass
From: usbankruptcycourts@noticingcenter.com    My Spam Blocking Level: Low   Medium (75): Pass
                                                                       Low (90): Pass
Block this sender
Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*